**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Donald Ray BARBER, Defendant—
Appellant.**

No. 08–6093.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 29, 2008.

Donald Ray Barber, Appellant Pro Se. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, for Appellee.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Ray Barber appeals from the denial of his motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Barber,* Nos. 3:93–cr–00124–FDW–1, 3:07–cv–00454–FDW, 2007 WL 3124611 (W.D. N.C. Oct. 25, 2007). In addition, we decline to consider the claim raised by Barber for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*